■■■ L. WILLIAM SHEPARD et al., Appellants, v CHRISTOPHER COLELLA et al., Respondents. THOMAS H. NEWCOMB et al., Intervenors-Respondents. (Appeal No. 2.) [616 NYS2d 282] —Order unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Shepard v Colella* 206 AD2d 934 [decided herewith]). (Appeal from Order of Supreme Court, Cayuga County, Corning, J.—Encroachments.) Present—Pine, J. P., Balio, Fallon, Wesley and Davis, JJ.